**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

ELSA HERNANDEZ,

                Plaintiff,                                20 **CIVIL** 8511 (SN)

      -v-                                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 13, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:**  New York, New York
           July 14, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                    **BY:**     *K. Mango*

                                                               **Deputy Clerk**