UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ELSA HERNANDEZ,

                Plaintiff,

                                          Civil Action No. 1:20-CV-08511-SN

      v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant

-------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Fergus Kaiser, Special Assistant United States Attorney, for Damian Williams, the United States Attorney for the Southern District of New York, attorneys for the defendant herein, and Daniel Berger, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of $7,295.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  *See* ECF No. 33 (Motion for Attorney Fees).  The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: New York, New York, October 19, 2022

By: /s/Fergus Kaiser
    FERGUS KAISER
    Special Assistant United States Attorney
    Western District of New York
    Social Security Administration
    Office of Program Litigation, Office 2
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    (212) 264-2049
    Email: fergus.kaiser@ssa.gov

By: /s/ Daniel Berger
    DANIEL BERGER
    NY Disability, LLC
    1000 Grand Concourse, Suite 1-A
    Bronx, NY 10451
    718-588-7319
    Fax: 718-588-7319
    Email: danielbergeresq@aol.com

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 9, 2022
New York, New York